UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 SEP -8 AM 10: 20

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No. |
| Plaintiff, | '08 MJ 2752 |
| v. | COMPLAINT FOR VIOLATION OF: |
| (1) Josefina ARAMBULA-Bravo<br>aka: Sophia Perez-Lorraine, Claudia Gomez | Title 8, U.S.C., Section 1324 (a)(1)(A)(ii)<br>Transportation of Illegal Aliens |

The undersigned complainant, being duly sworn, states:

On or about August 29, 2008, within the Southern District of California, defendant, **Josefina ARAMBULA-Bravo,** with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Angie Salazar,
U.S. Immigration & Customs Enforcement,
Special Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 8th DAY OF September 2008.

UNITED STATES MAGISTRATE JUDGE

# PROBABLE CAUSE STATEMENT

On September 5, 2008, Immigration & Customs Enforcement (ICE) Special Agents working jointly with Internal Revenue Special Agents (IRS) conducted a knock and talk at 31562 Castillo Road in Murrieta, California. A female later identified as Josefina ARAMBULA-Bravo answered the door. ARAMBULA stated that she was a citizen of Mexico, and admitted that she has used other names in the past. More specifically, ARAMBULA stated that she had used the name Sophia Lorraine and that she had been expeditiously removed from the United States while using that name. ARAMBULA also stated that she had been apprehended for alien smuggling in the past. ARAMBULA was subsequently arrested on suspicion of transportation of illegal aliens.

DEFENDANT STATEMENT (ARAMBULA):

On September 5, 2008 ARAMBULA provided a post-Miranda statement to ICE Special Agent A. Salazar and IRS Special Agent S. Horowitz. ARAMBULA admitted that she has been transporting illegal aliens for several years. ARAMBULA stated that she last transported illegal aliens approximately one week prior. ARAMBULA stated that she knew that the people she transported approximately one week prior to September 5, 2008 were illegal aliens. ARAMBULA stated that she gets paid $200.00 per alien that she transports. ARAMBULA stated that she transports the illegal aliens to their final destination, received the alien smuggling fee, and then returns the fees to the alien smuggler. ARAMBULA stated that she has worked as a transporter for several alien smugglers, including Carmen ALVAREZ. ARAMBULA stated that she is contacted by the alien smuggler via telephone and is provided a pick up location of the illegal aliens. ARAMBULA stated that she has picked up illegal aliens at The Viejas Casino, and at a variety of stores in the San Ysidro area. ARAMBULA stated that the illegal aliens that she has transported enter illegally into the United States using counterfeit documents. ARAMBULA stated that she has requested that the smugglers leave the counterfeit document with the illegal aliens until she delivers them to their final destination in case she is stopped by law enforcement.

Executed on September 7, 2008, at 3:00 pm.

Angie Salazar
Special Agent

On the basis of the facts presented in the probable cause statement consisting of one pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

Louisa S. Porter
United States Magistrate Judge

Sept 8, 10:00 AM
Date / Time